# EXHIBIT B

MAR-09-2006 09:26        EdwardsBurns&Krider LLP                                    P.01

Case 1:06-cv-00381-GK    Document 3    Filed 03/09/2006    Page 1 of 2

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought under the Fair Labor Standards Act to recover unpaid wages and overtime from my current/former employer, **ARES GROUP**. I have been provided with a copy of the Professional Services Agreement with Edwards, Burns & Krider, L.L.P. and agree to be bound by its terms.

_____    JAN. 30 '06
Signature                                   Date

SAMPSON A. LARCHE
Printed Name