AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE Tuesday, March 28, 2006 @ 11:25 A.M. |
| NAME OF SERVER (PRINT) James D. Binsted | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: ARES Group, Inc. 8625 Engleside Office Park, Alex. VA. 22309 — Andrea Czeck, A/Rep willfully Accepted.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL —0— | SERVICES $75.00 | TOTAL $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/28/06
                Date

Signature of Server

J. BINSTED ASSOC.
1123 GRANDIN AVE.
ROCKVILLE, MD 20851-1337
(301) 251-1160

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

King, et al.

V.

ARES Group Incorporated

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00381

JUDGE: Gladys Kessler

DECK TYPE: Labor/ERISA (non-employme)

DATE STAMP: 03/03/2006

TO: (Name and address of Defendant)

ARES Group Incorporated
8625 Engleside Office Park
Alexandria, Virginia 22309
SERVE ON:  William Bruce Moore, Resident Agent
           2578 Pheasant Hunt Road
           Woodbridge, Virginia 22192

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven A. Luxton, Esquire
Edwards Burns & Krider, LLP
201 N. Charles Street, Suite 1402
Baltimore, Maryland 21201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_Maureen Higgins_
(y) DEPUTY CLERK

MAR - 3 2006
DATE

Attachments
Notice of Right to Consent
to Trial before US Mag Judge,
w/CO 942-B Form Class Action &
Collective Action Complaint
CIVIL COVER SHEET