IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERN KING, et al.,<br><br>      Plaintiff,<br><br>v.<br><br>ARES GROUP INC.,<br><br>      Defendant. | CIVIL ACTION NO.<br>1:06CV00381(GK) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Defendant ARES Group Inc. ("ARES"), certify that to the best of my knowledge and belief no parent corporation and no publicly held corporation owns 10% or more of ARES's stock.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: April 17, 2006

Respectfully submitted,

By: _____
Alison N. Davis
D.C. Bar No. 429700

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000

Attorneys for Defendant ARES Group Incorporated

## CERTIFICATE OF SERVICE

The undersigned, Alison N. Davis, hereby certifies that she served a copy of the foregoing **CERTIFICATE UNDER LCvR 7.1** to the following counsel of record via electronic court filing on April 17, 2006:

> Steven A. Luxton
> 201 North Charles Street, Suite 1402
> Baltimore, MD  21201
>
> Richard J. (Rex) Burch
> Bruckner Burch PLLC
> 5847 San Felipe, Suite 3900
> Houston, TX  77057
> rburch@brucknerburch.com

                                   Alison N. Davis

DC:59915.1