UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERN KING and SAMPSON LARCHE, Individually and on Behalf Of all Others Similarly Situated, | § § § § | CIVIL ACTION NO. 06-381 (GK) |
| Plaintiffs, | § § | |
| -vs- | § § | JURY TRIAL DEMANDED |
| ARES GROUP, INC. | § § | |
| Defendant. | § § | |

## MOTION FOR ADMISSION PRO HAC VICE

Steven A. Luxton, attorney of record for LaVern King and Sampson Larche, Individually and on Behalf of All Others Similarly Situated (hereinafter "Plaintiffs"), pursuant to Local Rule 83.2(d) of the United States District Court for the District of Columbia, moves this Court to enter an Order permitting Richard J. Burch to appear and participate in the referenced case, including trial, *pro hac vice*.

Respectfully submitted,

/s/ *Steven A. Luxton*
Steven A. Luxton
D.C. Federal Bar No. 470468
EDWARDS, BURNS & KRIDER, L.L.P.
201 North Charles Street, Suite 1402
Baltimore, MD 21201
Phone  (410) 454-0012
Fax    (410) 454-0146

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was delivered by **ECF Notification and Regular Mail** on the following:

<u>Counsel for Defendant</u>
Alison N. Davis
FORD & HARRISON LLP
1300 19th Street, N.W.
Suite 700
Washington, DC 20036

**On this 27th day of April, 2006.**

                                              /s/ *Steven A. Luxton*
                                              Steven A. Luxton