UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERN KING and SAMPSON LARCHE, Individually and on Behalf Of all Others Similarly Situated,<br><br>　　　Plaintiffs,<br><br>-vs-<br><br>ARES GROUP, INC.<br><br>　　　Defendant. | CIVIL ACTION NO. 06-381 (GK)<br><br><br><br>JURY TRIAL DEMANDED |

## DECLARATION OF RICHARD J. BURCH

Richard J. Burch, declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of Texas, a partner with the firm Bruckner Burch PLLC, and co-counsel for Plaintiffs in the above-captioned case.

2. This declaration is submitted in support of Plaintiffs' motion pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, for an Order permitting me to appear as counsel *pro hac vice* on Plaintiffs' behalf in this action.

3. My full name is Richard Jennings Burch.

4. My office address is 5847 San Felipe, Suite 3900, Houston, Texas 77057. My office telephone number is (713) 877-8788.

5. I am a member in good standing of the Bars of the United States District Courts for the Southern, Eastern, Northern, and Western Districts of Texas and the Fifth Circuit Court of Appeals.

6. I certify that I have not been disciplined by any Bar.

7. I have never been admitted *pro hac vice* in this Court.

8.  I do not engage in the practice of law from an office located in the District of Columbia.

9.  Based on the foregoing Declaration, I respectfully request that I be admitted *pro hac vice* in this action on behalf of Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED** on this 27th day of April, 2006.

/s/ *Richard J. Burch*
Richard J. Burch