UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERN KING and SAMPSON LARCHE, Individually and on Behalf Of all Others Similarly Situated, | § § § § § § § § § § § | CIVIL ACTION NO. 06-381 (GK) |
| Plaintiffs, | | |
| -vs- | | JURY TRIAL DEMANDED |
| ARES GROUP, INC. | | |
| Defendant. | | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Motion for Admission *Pro Hac Vice* seeking permission for Richard J. Burch to appear in this action as counsel for Plaintiffs LaVern King and Sampson Larche, Individually and on Behalf of All Others Similarly Situated, having been heard and considered,

**IT IS ORDERED** that Richard J. Burch is admitted to appear *Pro Hac Vice* in the above-captioned case on behalf of Plaintiffs LaVern King and Sampson Larche, Individually and on Behalf of All Others Similarly Situated.

**SIGNED** this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE