# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERN KING<br>4017 WAHLER CT, S.E.<br>WASHINGTON, DC 20032<br><br>AND<br><br>SAMPSON LARCHE<br>11362 BAROQUE ROAD<br>SILVER SPRINGS, MD 20901<br><br>INDIVIDUALLY AND ON BEHALF OF ALL<br>OTHERS SIMILARLY SITUATED,<br><br>          *Plaintiffs*,<br><br>v.<br><br>ARES GROUP INCORPORATED<br>8625 ENGLESIDE OFFICE PARK<br>ALEXANDRIA, VA 22309<br><br>          *Defendant*. | CIVIL ACTION NO. 06-381 (GK)<br><br>CLASS CERTIFICATION DISCOVERY<br>TO BE DONE BY AUGUST 4, 2006<br><br><br><br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## JOINT PRAECIPE REGARDING MAGISTRATE JUDGE

On May 5, 2006, the Court instructed the parties to confer regarding which Magistrate Judge might be appropriate for the settlement conference set for late July 2006. *See* Docket No. 10. The parties have conferred and respectfully request **Judge John M. Facciola** be appointed to conduct the settlement conference.

-1-

Respectfully submitted,

| **EDWARDS, BURNS & KRIDER, LLP** | **FORD & HARRISON LLP** |
|---|---|
| **Steven Luxton** | **/S/ Alison Davis (RJB)** |
| By:_____ | By: _____ |
| Steven A. Luxton | Alison N. Davis |
| D.C. Federal Bar No.: 470468 | D.C. Bar No. 429700 |
| 201 North Charles Street, Suite 1402 | 1300 19th Street, N.W., Suite 700 |
| Baltimore, Maryland 21201 | Washington, DC 20036 |
| Phone: (410) 454-0012 | (202) 719-2000 |
| Fax:    (410) 454-0146 | |

Richard J. (Rex) Burch
**BRUCKNER BURCH PLLC**
5847 San Felipe, Suite 3900
Houston, Texas 77057
Telephone (713) 877-8788
Telecopier (713) 877-8065
rburch@brucknerburch.com

**ATTORNEY FOR DEFENDANT**
**ARES GROUP INCORPORATED**

**ATTORNEYS FOR THE PLAINTIFFS,**
**THE FLSA CLASS, THE ERISA CLASS**
**AND THE MARYLAND SUBCLASS**

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on all counsel of record on May 15, 2006.

**/S/ Steven Luxton**
_____
Steven A. Luxton