UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LAVERN KING,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Civil Action No. 06-381 (GK) |
| | : | |
| **ARES GROUP INCORPORATED,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Joint Praecipe, it is this 16th day of May, 2006, hereby

**ORDERED**, that this case shall be referred to **Magistrate Judge John M. Facciola** for settlement conference to commence in **late July**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**