UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**Lavern King, et al.**,           )
                                   )
                                   )
        **Plaintiffs,**            )
                                   )   Civil Action No. 06-381 (GK-JMF)
    v.                             )
                                   )
**Ares Group, Inc.**,              )
                                   )
        **Defendant.**             )
_____)

### O R D E R

The parties in the above-captioned case reached a settlement after Settlement Conferences before Magistrate Judge Facciola. Accordingly, on this 21st day of August, 2006, it is hereby

**ORDERED** that the parties shall file a Settlement Praecipe by **August 31, 2006.**


August 21, 2006                    /s/
                                   GLADYS KESSLER
                                   United States District Judge


**Copies to**: Attorneys of record via ECF