IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAVERN KING, ET AL.,

        Plaintiffs,

    v.

ARES GROUP INCORPORATED,

        Defendant.

CIVIL ACTION NO. 06-381(GK/JF)

**JOINT MOTION FOR LEAVE TO FILE UNDER SEAL OR TO SUBMIT
CONFIDENTIALLY TO CHAMBERS THE PARTIES' SETTLEMENT AGREEMENT**

Plaintiffs Lavern King and Sampson Larche (hereinafter collectively referred to as "Plaintiffs"), and Defendant ARES Group Incorporated, by their undersigned counsel, jointly move this Court to permit them to file their Confidential Settlement Agreement and Release ("Agreement") under seal or to submit it confidentially in chambers.

Plaintiffs' Complaint alleges, *inter alia*, a claim for failure to pay overtime under the federal Fair Labor Standards Act ("FLSA"), Maryland Wage and Hour Law and Maryland Wage Payment and Collection Law. The parties have reached a settlement of this case with the assistance of Magistrate Judge Facciola. In accordance with section 216(b) of the FLSA, the parties wish to submit their Agreement to the Court for approval. Since the Agreement contains a confidentiality provision, the parties jointly request that the Court issue an Order permitting them to file the Agreement under seal or to submit it confidentially in chambers. The parties' submission also will include a statement regarding the reasonableness of the settlement.

WHEREFORE, the parties respectfully request that the Court issue an Order permitting them to file under seal or to submit confidentially in chambers their Confidential Settlement Agreement and Release.

Dated: August 30, 2006

Respectfully submitted,                           Respectfully submitted,


By:/s/(with permission)_____                   By:/s/_____
    Richard J. (Rex) Burch                          Alison Nadine Davis
    *Pro Hac Vice*                                  D.C. Bar No. 429700
    BRUCKNER BURCH PLLC                             FORD & HARRISON LLP
    5847 San Felipe, Suite 3900                     1300 19th Street, N.W., Suite 700
    Houston, TX 77057                               Washington, DC 20036
    (713) 877-8788                                  (202) 719-2000
    rburch@brucknerburch.com                        adavis@fordharrison.com

    Steven A. Luxton                                Attorneys for Defendant ARES GROUP
    D.C. Bar No. 470468                             INCORPORATED
    EDWARDS, BURNS & KRIDER,
    LLP
    201 North Charles Street, Suite 1402
    Baltimore, MD 21201

    Attorneys for Plaintiffs LAVERN
    KING and SAMPSON LARCHE

DC:61923.1