IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERN KING, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARES GROUP INCORPORATED,<br><br>    Defendant. | CIVIL ACTION NO. 06-381(GK/JF) |

**[PROPOSED] ORDER**

**ORDER**

Upon consideration of the parties' Joint Motion for Leave to File Under Seal or to Submit Confidentially to Chambers the Parties' Settlement Agreement, and the entire record herein, it is this ___ day of _____, 2006,

**ORDERED**, that the parties shall [file under seal][submit confidentially to chambers] the parties' Confidential Settlement Agreement and Release for the Court's approval in accordance with the Fair Labor Standards Act, 29 U.S.C. § 216(b).

 

_____
The Honorable Gladys Kessler
U.S. District Court Judge

Copies to:
    Richard J. (Rex) Burch
    *Pro Hac Vice*
    BRUCKNER BURCH PLLC
    5847 San Felipe, Suite 3900
    Houston, TX 77057
    (713) 877-8788
    rburch@brucknerburch.com

Steven A. Luxton
D.C. Bar No. 470468
EDWARDS, BURNS & KRIDER, LLP
201 North Charles Street, Suite 1402
Baltimore, MD  21201


Alison N. Davis
D.C. Bar No. 429700
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC  20036
adavis@fordharrison.com


DC:61999.1