IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERN KING, ET AL., | CIVIL ACTION NO. 06-381(GK/JF) |
| Plaintiffs, | |
| v. | |
| ARES GROUP INCORPORATED, | |
| Defendant. | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs Lavern King and Sampson Larche (hereinafter collectively referred to as "Plaintiffs"), and Defendant ARES Group Incorporated ("ARES"), by and through their attorneys, respectfully jointly move this Court to review the parties' Settlement Agreement and General Release ("Agreement") and for an Order approving the Agreement as fair and reasonable. In support of this Motion, the parties state:

1. Plaintiffs filed this action asserting, *inter alia*, that ARES had a policy of paying non-exempt employees straight time for all hours worked in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and the Maryland Wage and Hour Law, Md. Code Ann., Labor & Employment, §3-427 and Wage Payment and Collection Law, Md. Code Ann., Labor & Employment, §3-507.1.

2. Defendant filed an Answer denying that it had a policy of paying straight time to non-exempt employees for all hours worked.

3.  Plaintiffs and Defendant are represented by their respective counsel.

4.  While the Complaint claims that it is brought on behalf of Plaintiffs and others, no other employees have filed consents to join this action as required by 29 U.S.C. § 216(b) and no class has been certified or any motion for class certification been filed.

5.  With the assistance of Magistrate Judge Facciola, the parties have reached a settlement of this case, the terms of which are embodied in the Agreement.

6.  The Agreement is expressly contingent upon the Court's review and approval of it and issuance of an Order approving the Agreement as fair and reasonable. A copy of the Agreement is being sent separately to chambers in accordance with the Court's September 7, 2006 Order.

7.  Once the Court approves the Agreement, the parties will file a Stipulation of Dismissal with Prejudice as required by the Agreement.

WHEREFORE, the parties respectfully request that the Court review the Agreement and issue an Order approving it as fair and reasonable. A proposed Order is attached hereto.

Dated: September 8, 2006

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By:/s/ *with permission* | By: *[signature]* |
| Richard J. (Rex) Burch | Alison Nadine Davis |
| *Pro Hac Vice* | D.C. Bar No. 429700 |
| BRUCKNER BURCH PLLC | FORD & HARRISON LLP |
| 5847 San Felipe, Suite 3900 | 1300 19th Street, N.W., Suite 700 |
| Houston, TX 77057 | Washington, DC 20036 |
| (713) 877-8788 | (202) 719-2000 |
| rburch@brucknerburch.com | adavis@fordharrison.com |
| | |
| Steven A. Luxton | Attorneys for Defendant ARES GROUP |
| D.C. Bar No. 470468 | INCORPORATED |
| EDWARDS, BURNS & KRIDER, LLP | |
| 201 North Charles Street, Suite 1402 | |
| Baltimore, MD 21201 | |
| | |
| Attorneys for Plaintiffs LAVERN KING and SAMPSON LARCHE | |

DC:61924.1