IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERN KING, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ARES GROUP INCORPORATED, <br><br> Defendant. | CIVIL ACTION NO. 06-381(GK/JF) |

## ORDER

Upon consideration of the parties' Joint Motion for Approval of Settlement Agreement, and the entire record herein, it is this ___ day of _____, 2006,

DETERMINED that the parties' Settlement Agreement and General Release is fair and reasonable and that the Court approves the Agreement; and it is

ORDERED, that this determination and approval shall be entered in the docket of this case; and it is

FURTHER ORDERED that the parties shall file the Stipulation of Dismissal with prejudice as required by the Agreement.

_____
The Honorable Gladys Kessler
U.S. District Court Judge

Copies to:
    Richard J. (Rex) Burch
    *Pro Hac Vice*
    BRUCKNER BURCH PLLC
    5847 San Felipe, Suite 3900
    Houston, TX  77057
    (713) 877-8788
    rburch@brucknerburch.com

- 2 -

Steven A. Luxton
D.C. Bar No. 470468
EDWARDS, BURNS & KRIDER, LLP
201 North Charles Street, Suite 1402
Baltimore, MD  21201


Alison N. Davis
D.C. Bar No. 429700
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC  20036
adavis@fordharrison.com


DC:61964.1