UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERN KING and SAMPSON LARCHE, Individually and on Behalf Of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>ARES GROUP, INC.<br><br>Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 06-381 (GK)<br><br><br><br>JURY TRIAL DEMANDED |

**CONSENT MOTION FOR TELEPHONIC STATUS CONFERENCE**

Plaintiffs Lavern King and Sampson Larche, by their undersigned counsel, file this Consent Motion for Telephonic Status Conference, and would show the Court as follows:

1. On September 8, 2006, this Court entered an order setting a status conference in this case. The conference is for September 15, 2006 at 10:00 a.m. Plaintiffs respectfully request that this status conference be set as a telephonic conference to negate the necessity of Plaintiffs' lead counsel, Richard Burch, traveling from his office in Houston, Texas to attend in person. Mr. Burch contacted counsel for the Defendant who has consented to the relief sought in this motion.

2. If this motion is granted, Plaintiffs have arranged for a conference call to be hosted by AT&T Teleconference Services. Counsel for both parties would participate with the following information:

**Toll Free Dial-In Number:**     (877) 214-0402

**Participation Code:**     355742

3.  Once counsel for both parties are on the line, the teleconference service will contact the Court and connect it.

4.  As such, Plaintiffs respectfully request that the Court grant this Consent Motion for Telephonic Status Conference.

Respectfully submitted,

__/s/ Steven A. Luxton_____
Steven A. Luxton
D.C. Federal Bar No. 470468
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
410.454.0012
410.454.0146 (facsimile)

ATTORNEYS FOR PLAINTIFFS

OF COUNSEL:

Richard J. Burch
BRUCKNER BURCH PLLC
5847 San Felipe, Suite 3900
Houston, Texas 77057
713.877.8788
713.877.8065 (facsimile)

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for the defendant and have been informed that they agree to the relief sought in this motion.

__/s/ Richard J. Burch_____
Richard J. Burch

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2006, a true and correct copy of the foregoing document was delivered by ECF Notification and Regular Mail to the following:

Alison N. Davis
Ford & Harrison, LLP
1300 19th Street, N.W.
Suite 700
Washington, D.C. 20036
Counsel for Defendant

                                           /s/ *Steven A. Luxton*
                                           Steven A. Luxton