UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERN KING and SAMPSON LARCHE, Individually and on Behalf Of all Others Similarly Situated, | § § § § | CIVIL ACTION NO. 06-381 (GK) |
| Plaintiffs, | § § | |
| -vs- | § § | JURY TRIAL DEMANDED |
| ARES GROUP, INC. | § § | |
| Defendant. | § § | |

## ORDER

Now comes before the Court Plaintiffs' Consent Motion for Telephonic Status Conference. Having considered the motion, the Court finds that it has merit, and orders as follows:

The parties are to attend the September 15, 2006 status conference scheduled for 10:00 a.m. by telephone. Counsel should appear by calling the following number and entering the necessary participation code:

**Toll Free Dial-In Number:**     (877) 214-0402

**Participation Code:**     355742

Once counsel are on the line, the teleconference service will contact the Court and connect it with counsel.

SIGNED ON THIS ____ DAY OF SEPTEMBER, 2006.

_____
UNITED STATES DISTRICT JUDGE