IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERNE KING, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>ARES Group Incorporated.,<br><br>          Defendant. | CIVIL ACTION NO. 1:06CV00381<br>(GK/JMF) |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Laverne King and Sampson Larche and Defendant ARES Group Incorprated, by and through their respective counsel, hereby stipulate that the foregoing action shall be DISMISSED WITH PREJUDICE, with each party bearing their/its own costs of this action and attorneys' fees.

Respectfully submitted,

By: _____/s/_____
RICHARD J. (REX) BURCH
*Pro Hac Vice*
BRUCKNER BURCH PLLC
1000 Louisiana, Suite 1300
Houston, Texas 77002
Tel: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

By: _____/s/_____
ALISON N. DAVIS
DC Bar No. 429700
FORD & HARRISON LLP
1300 19th Street, N.W.
Suite 700
Washington, D.C. 20036
Tel: (202) 719-2000

*Attorneys for Defendant*
*ARES Group Incorporated*

Steven A. Luxton
D.C. Bar No. 470468
EDWARDS, BURNS & KRIDER, LLP
201 North Charles Street, Suite 1402
Baltimore, MD   21201

*Attorney for Plaintiffs Laverne King and
Sampson Larche*


Dated: this 4th day of October, 2006


DC:62518.1